**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

**REHEARING ACTION: August 24, 2011**

**Docket Number: 11   00060-CA**

**THE BANK OF NEW YORK MELLON, ET AL.**
**VERSUS**
**WHITNEY BLAINE SMITH, ET UX.**

**Appealed from Grant Parish Case No. 20282**

**BEFORE JUDGES:**

>    **Hon. Ulysses Gene Thibodeaux**
>    **Hon. Jimmie C. Peters**
>    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Pamela Dean Smith** has this day been

>    **DENIED.**
>    Peters, J., would grant rehearing to set costs.

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **The Bank of New York Mellon** has this day been

>    **DENIED.**

cc: Robert G. Nida, Counsel for the Appellant
    Charles Herman Heck, Jr., Counsel for the Appellee
    Robert L. Kennedy, Counsel for the Appellee